B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**A&O Bonded Life Assets, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-5853863** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**203 N. LaSalle Street, Suite 2100**<br>**Chicago, IL**<br><div align="right">ZIP Code **60603**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **A&O Bonded Life Assets, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>   Signature of Attorney for Debtor(s)            (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>   ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>   ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>   _____<br>   (Name of landlord that obtained judgment)<br><br><br>   _____<br>   (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **A&O Bonded Life Assets, LLC** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Michael L. Gesas**
Signature of Attorney for Debtor(s)

**Michael L. Gesas  06186924**
Printed Name of Attorney for Debtor(s)

**Arnstein & Lehr LLP**
Firm Name

**120 South Riverside Plaza**
**Suite 1200**
**Chicago, IL 60606**

_____
Address

                    **Email: mlgesas@arnstein.com**
**(312) 876-7125  Fax: (312) 876-6260**
Telephone Number

**September  2, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Russell E. Mackert**
Signature of Authorized Individual

**Russell E. Mackert**
Printed Name of Authorized Individual

**Manager of Shepherd Capital Management, LLC**
Title of Authorized Individual

**September  2, 2009**
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **A&O Bonded Life Assets, LLC**                                    ,    Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Life Fund 5.1, LLC** <br> **Northern** | **09-32672** <br> **Affiliate** | **09/02/09** <br> **A. Benjamin Goldgar** |

**See list of affiliated debtors attached hereto**

## AFFILIATED DEBTORS
### Cases Filed September 1, 2009

A&O Life Fund, LLC (20-5853712)

A&O Bonded Life Assets, LLC (20-5853863)

A&O Bonded Life Settlements, LLC (20-5853772)

Life Fund 5.1, LLC (20-8477081)

Life Fund 5.2, LLC (20-8401820)

Houston Tanglewood Partners, LLC (20-5430092)

A&O Resource Management, Ltd. (11-3734248)

B6E (Official Form 6E) (12/07)

In re   **A&O Bonded Life Assets, LLC** _____ ,   Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **A&O Bonded Life Assets, LLC** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Illinois Department of Revenue Bankruptcy Section 100 W. Randolph - Level 7-425 Chicago, IL 60606** | - | | | | | | **Unknown** | | |
| | | | | | | | Unknown | | 0.00 |
| Account No. | | | | | | | | | |
| **Internal Revenue Service District Director P.O. Box 745 Chicago, IL 60690** | - | | | | | | **Unknown** | | |
| | | | | | | | Unknown | | 0.00 |
| Account No. | | | 217-782-2256/782-8876 fax 312-793-3384/793-1202 fax | | | | | | |
| **Secretary of State Securities Dept. Jefferson Terrace, Suite 300 A 300 W Jefferson St Springfield, IL 62702** | - | | | | | | **Unknown** | | |
| | | | | | | | Unknown | | 0.00 |
| Account No. | | | | | | | | | |
| **Securities and Exchange Commission** | - | | | | | | **Unknown** | | |
| | | | | | | | Unknown | | **Unknown** |
| Account No. | | | 512-305-8300/305-8310 fax 713-426-0336/426-6965 fax | | | | | | |
| **Texas State Securities Board-Austin 208 E 10th St, 5th Fl, Rusk Bldg Austin, TX 78701** | - | | | | | | **Unknown** | | |
| | | | | | | | Unknown | | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 |
| | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **A&O Bonded Life Assets, LLC** _____, Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Policy No. U10033937L** <br><br> **American General Life Insurance Co.** <br> **American General Center** <br> **MC338N** <br> **Nashville, TN 37250** | - | | **Policy Premiums** | | | | **Unknown** |
| Account No. <br><br> **Baker, Lee H.** <br> **1390 Leadville Ave.** <br> **Salt Lake City, UT 84116** | - | | **Investments** | | | | **Unknown** |
| Account No. <br><br> **Borrego, Manuela** <br> **1818 Terence Dr.** <br> **Stafford, TX 77477** | - | | **Investments** | | | | **Unknown** |
| Account No. <br><br> **Borrego, Steven** <br> **6726 Neff** <br> **Houston, TX 77074** | - | | **Investements** | | | | **Unknown** |

__10__ continuation sheets attached

Subtotal
(Total of this page)   **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          S/N:27036-090414   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A&O Bonded Life Assets, LLC** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Investments | | | | |
| Cashion, Christopher D. 12706 Copeland Dr. Houston, TX 77070 | | - | | | | | | Unknown |
| Account No. | | | | Investments | | | | |
| Cashion, Christopher D. 12706 Copeland Dr. Houston, TX 77070 | | - | | | | | | Unknown |
| Account No. | | | | Investments | | | | |
| Caverns Investments, LTD 4435 Laren Lane Dallas, TX 75244 | | - | | | | | | Unknown |
| Account No. | | | | Investments | | | | |
| Collinsworth, Conrad 22210 Singleleaf Lane Tomball, TX 77375 | | - | | | | | | Unknown |
| Account No. | | | | Investments | | | | |
| Cox, Linda 15827 Mesa Gardens Dr. Houston, TX 77095 | | - | | | | | | Unknown |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **A&O Bonded Life Assets, LLC**                                    ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Craig, Helen**<br>**11324 W. Grange Ave.**<br>**Hales Corners, WI 53130** | | - | Investments | | | | **Unknown** |
| Account No.<br><br>**Craig, Helen R. Revocable Trust**<br>**11324 W. Grange Ave.**<br>**Hales Corners, WI 53130** | | - | Investments | | | | **Unknown** |
| Account No.<br><br>**D'Souza, Sylvia**<br>**8840 E. Sunland Ave. Lot 54**<br>**Mesa, AZ 85208** | | - | Investments | | | | **Unknown** |
| Account No.<br><br>**Dean, Edna M.**<br>**7705 Rankin Rd.**<br>**Humble, TX 77396** | | - | Investments | | | | **Unknown** |
| Account No.<br><br>**Dean, Edna M.**<br>**7705 Rankin Rd.**<br>**Humble, TX 77396** | | - | Investments | | | | **Unknown** |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **A&O Bonded Life Assets, LLC**                                                , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investments | | | | |
| Dillehay, Patricia 3904 NW 61st. St. Oklahoma City, OK 73112 | | | - | | | | | | Unknown |
| Account No. | | | | | Investments | | | | |
| Duffy, Marjorie M. 620 McHenry Rd. Unit 406 Wheeling, IL 60090 | | | - | | | | | | Unknown |
| Account No. | | | | | 2 quarters due - $195/quarter per qualified account investor ($390 per investor x 80 investors) | | | | |
| Entrust Group Entrust Retirement Services, Inc. 17171 Park Row, Suite 100 Houston, TX 77084 | | | - | | | | | | 15,600.00 |
| Account No. | | | | | Investments | | | | |
| Fleming, Michael J. 2672 S. 1050 East Hagerman, ID 83332 | | | - | | | | | | Unknown |
| Account No. | | | | | Investments | | | | |
| Fruzia, Mary Jane 2610 Spring Dusk Lane Spring, TX 77373 | | | - | | | | | | Unknown |

Sheet no. __3__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **15,600.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Bonded Life Assets, LLC** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hansen, Peggy<br>2113 Park St.<br>Elk Horn, IA 51531** | | - | | **Investments** | | | | **Unknown** |
| Account No.<br><br>**Hofman, James J.<br>615 W. Stroker Rd.<br>Crosby, TX 77532** | | - | | **Investments** | | | | **Unknown** |
| Account No.  **Policy No. 911615843**<br><br>**ING Security Life Insurance Company<br>909 Locust Street<br>Des Moines, IA 50309** | | - | | **Policy Premiums** | | | | **Unknown** |
| Account No.<br><br>**Jernigan, Catherine R.<br>5423 Fairgreen Ln.<br>Houston, TX 77048** | | - | | **Investments** | | | | **Unknown** |
| Account No.<br><br>**Johnson, Gordon<br>14007 Lantern Lane<br>Houston, TX 77015** | | - | | **Investments** | | | | **Unknown** |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **A&O Bonded Life Assets, LLC** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Le, Mark John<br>Thu Van, Am Thi JTWROS<br>13730 Pearwoods Ct.<br>Houston, TX 77059 | | - | Investments | | | | Unknown |
| Account No.<br><br>Lopez, Luis<br>4220 Stanford Ave.<br>Dallas, TX 75225 | | - | Investments | | | | Unknown |
| Account No.<br><br>Maloles, Reynaldo<br>4807 Cairnsean<br>Houston, TX 77084 | | - | Investments | | | | Unknown |
| Account No.<br><br>Matthews, Donald A.<br>2421 SW 116th. St.<br>Oklahoma City, OK 73170 | | - | Investments | | | | Unknown |
| Account No.<br><br>Modavi, Abdollah<br>144 York Ave. c/o Dorrah<br>Kensington, CA 94708 | | - | Investments | | | | Unknown |

Sheet no. __5__ of __10__ sheets attached to Schedule of                    Subtotal                         0.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **A&O Bonded Life Assets, LLC**                                      ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investments | | | | |
| Narramore, Buford A. 2001 Oak Trail May, TX 76857 | - | | | | | | | Unknown |
| Account No. | | | | Investments | | | | |
| Norden, Hanh Vo 10231 Thornleaf Ln. Houston, TX 77070 | - | | | | | | | Unknown |
| Account No. | | | | Investments | | | | |
| Osborne, Jason T. 11306 Starlight Bay Pearland, TX 77584 | - | | | | | | | Unknown |
| Account No. | | | | Investments | | | | |
| Parzyck, Chester W. 403 Fantasy Lane Montgomery, TX 77356 | - | | | | | | | Unknown |
| Account No. | | | | Investments | | | | |
| Rossi, Eloise H. 9610 Rex Creek Court Spring, TX 77379 | - | | | | | | | Unknown |

Sheet no. __6___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **A&O Bonded Life Assets, LLC**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Investments | | | | |
| Sabey, Donald A. 15914 Larkfield Dr. Houston, TX 77059 | - | | | | | | | | Unknown |
| Account No. | | | | | Investments | | | | |
| Sabey, Donald A. 15914 Larkfield Dr. Houston, TX 77059 | - | | | | | | | | Unknown |
| Account No. | | | | | Investments | | | | |
| Saint, Anita 11834 Meadowview Dr. Cypress, TX 77429 | - | | | | | | | | Unknown |
| Account No. | | | | | Investments | | | | |
| Saint, Tom E. 11834 Meadowview Dr. Cypress, TX 77429 | - | | | | | | | | Unknown |
| Account No. | | | | | Investments | | | | |
| Saint, Tom E. 11834 Meadowview Dr. Cypress, TX 77429 | - | | | | | | | | Unknown |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Bonded Life Assets, LLC**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Investments | | | | |
| Shiffler, Robert L. and Shiffler, Marlene D. JTWRO 13706 Camelot Center Ct. Houston, TX 77069 | | - | | | | | Unknown |
| Account No. | | | Investments | | | | |
| Shoultes, Gordon 102 Shallow Brooke Ct. Seaford, DE 19973 | | - | | | | | Unknown |
| Account No. | | | Investments | | | | |
| Shoultes, Gordon 102 Shallow Brooke Ct. Seaford, DE 19973 | | - | | | | | Unknown |
| Account No. | | | Investments | | | | |
| Siwula, Audrey D. 2600 9th Parkway Waukegan, IL 60085 | | - | | | | | Unknown |
| Account No. | | | Investments | | | | |
| Spicer, Mary 11110 Homewood Rd. Ellicot City, MD 21042 | | - | | | | | Unknown |

Sheet no. __8__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A&O Bonded Life Assets, LLC**                                    ,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**The Alden H. Marrero and/or Ruth M. Marrero 2509 Elizabeth St. Metairie, LA 70003** | - | | | Investments | | | | **Unknown** |
| Account No.<br><br>**Varjas, Hilda 11527 Longbrook Dr. Houston, TX 77099** | - | | | Investments | | | | **Unknown** |
| Account No.<br><br>**Voelker, Dennis 30314 Third Street Fulshear, TX 77441** | - | | | Investments | | | | **Unknown** |
| Account No.<br><br>**Wakai, Kathleen M. 644 Forest Ave. Oak Park, IL 60302** | - | | | Investments | | | | **Unknown** |
| Account No.<br><br>**Walker, Cynthia F. 6203 Egypt Pasadena, TX 77505** | - | | | Investments | | | | **Unknown** |

Sheet no. __9__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **A&O Bonded Life Assets, LLC** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Investments | | | | |
| Walker, Cynthia F. 6203 Egypt Pasadena, TX 77505 | | | | | | | | Unknown |
| Account No. | | - | | Investments | | | | |
| Wolf, Kathryn 375 Fox Fire Oshkosh, WI 54904 | | | | | | | | Unknown |
| Account No. | | - | | Investments | | | | |
| Woodside, Shirley M. 15732 Whitby Livonia, MI 48154 | | | | | | | | Unknown |
| Account No. | | - | | Investments | | | | |
| Young, Carrie S. 541 N. Gum Gully Rd. Crosby, TX 77532 | | | | | | | | Unknown |
| Account No. | | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| Total (Report on Summary of Schedules) | | 15,600.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **A&O Bonded Life Assets, LLC**                      Case No.

                                       Debtor(s)            Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Manager of Shepherd Capital Management, LLC of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of     **22**     sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September  2, 2009**                     Signature    **/s/ Russell E. Mackert**

                                                            **Russell E. Mackert**

                                                            **Manager of Shepherd Capital Management, LLC**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **A&O Bonded Life Assets, LLC**

Debtor(s)

Case No. 

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    **54**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September  2, 2009**

**/s/ Russell E. Mackert**

**Russell E. Mackert/Manager of Shepherd Capital Management, LLC**
Signer/Title

American General Life Insurance Co.
American General Center
MC338N
Nashville, TN 37250


Baker, Lee H.
1390 Leadville Ave.
Salt Lake City, UT 84116


Borrego, Manuela
1818 Terence Dr.
Stafford, TX 77477


Borrego, Steven
6726 Neff
Houston, TX 77074


Cashion, Christopher D.
12706 Copeland Dr.
Houston, TX 77070


Caverns Investments, LTD
4435 Laren Lane
Dallas, TX 75244


Collinsworth, Conrad
22210 Singleleaf Lane
Tomball, TX 77375


Cox, Linda
15827 Mesa Gardens Dr.
Houston, TX 77095


Craig, Helen
11324 W. Grange Ave.
Hales Corners, WI 53130


Craig, Helen R. Revocable Trust
11324 W. Grange Ave.
Hales Corners, WI 53130


D'Souza, Sylvia
8840 E. Sunland Ave. Lot 54
Mesa, AZ 85208

Dean, Edna M.
7705 Rankin Rd.
Humble, TX 77396


Dillehay, Patricia
3904 NW 61st. St.
Oklahoma City, OK 73112


Duffy, Marjorie M.
620 McHenry Rd. Unit 406
Wheeling, IL 60090


Entrust Group
Entrust Retirement Services, Inc.
17171 Park Row, Suite 100
Houston, TX 77084


Fleming, Michael J.
2672 S. 1050 East
Hagerman, ID 83332


Fruzia, Mary Jane
2610 Spring Dusk Lane
Spring, TX 77373


Hansen, Peggy
2113 Park St.
Elk Horn, IA 51531


Hofman, James J.
615 W. Stroker Rd.
Crosby, TX 77532


Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph - Level 7-425
Chicago, IL 60606


ING Security Life Insurance Company
909 Locust Street
Des Moines, IA 50309

Internal Revenue Service
District Director
P.O. Box 745
Chicago, IL 60690


Jernigan, Catherine R.
5423 Fairgreen Ln.
Houston, TX 77048


Johnson, Gordon
14007 Lantern Lane
Houston, TX 77015


Le, Mark John
Thu Van, Am Thi JTWROS
13730 Pearwoods Ct.
Houston, TX 77059


Lopez, Luis
4220 Stanford Ave.
Dallas, TX 75225


Maloles, Reynaldo
4807 Cairnsean
Houston, TX 77084


Matthews, Donald A.
2421 SW 116th. St.
Oklahoma City, OK 73170


Modavi, Abdollah
144 York Ave. c/o Dorrah
Kensington, CA 94708


Narramore, Buford A.
2001 Oak Trail
May, TX 76857


Norden, Hanh Vo
10231 Thornleaf Ln.
Houston, TX 77070


Osborne, Jason T.
11306 Starlight Bay
Pearland, TX 77584

Parzyck, Chester W.
403 Fantasy Lane
Montgomery, TX 77356


Rossi, Eloise H.
9610 Rex Creek Court
Spring, TX 77379


Sabey, Donald A.
15914 Larkfield Dr.
Houston, TX 77059


Saint, Anita
11834 Meadowview Dr.
Cypress, TX 77429


Saint, Tom E.
11834 Meadowview Dr.
Cypress, TX 77429


Secretary of State Securities Dept.
Jefferson Terrace, Suite 300 A
300 W Jefferson St
Springfield, IL 62702


Secretary of State Securities Dept.
Chicago Division
69 W Washington St, Suite 1220
Chicago, IL 60602


Securities and Exchange Commission


Shiffler, Robert L. and
Shiffler, Marlene D. JTWRO
13706 Camelot Center Ct.
Houston, TX 77069


Shoultes, Gordon
102 Shallow Brooke Ct.
Seaford, DE 19973


Siwula, Audrey D.
2600 9th Parkway
Waukegan, IL 60085

Spicer, Mary
11110 Homewood Rd.
Ellicot City, MD 21042


Texas State Securities Board
Houston Division
1919 N Loop West, Suite 300
Houston, TX 77008


Texas State Securities Board-Austin
208 E 10th St, 5th Fl, Rusk Bldg
Austin, TX 78701


The Alden H. Marrero
and/or Ruth M. Marrero
2509 Elizabeth St.
Metairie, LA 70003


Varjas, Hilda
11527 Longbrook Dr.
Houston, TX 77099


Voelker, Dennis
30314 Third Street
Fulshear, TX 77441


Wakai, Kathleen M.
644 Forest Ave.
Oak Park, IL 60302


Walker, Cynthia F.
6203 Egypt
Pasadena, TX 77505


Wolf, Kathryn
375 Fox Fire
Oshkosh, WI 54904


Woodside, Shirley M.
15732 Whitby
Livonia, MI 48154


Young, Carrie S.
541 N. Gum Gully Rd.
Crosby, TX 77532